Marjorie Hagel, Plaintiff-Appellant, v. State-Wide Insurance Agency, Inc., John Nuzzo and Victor Nuzzo, Defendants-Appellees.

Gen. No. 49,845. 

First District, Third Division.

January 21, 1965.

Sanford J. Green, of Chicago (Maxfield Weisbrod, of counsel), for appellant; Kavathas & Castanes, of Chicago (John C. Castanes, of counsel), for appellees. Opinion by JUSTICE SCHWARTZ. Not to be published in full.